# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Angel Roblero, | No. CV-25-03038-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

The Ninth Circuit issued its mandate on October 20, 2025. Respondents must file a supplement, and petitioner shall file a response to that supplement, explaining the effect the mandate has on these proceedings and whether there is a significant likelihood of removal in the reasonably foreseeable future.

**IT IS ORDERED** no later than **November 10, 2025**, respondents shall file a supplement as set forth above. Petitioner shall respond to that supplement no later than **November 17, 2025**.

Dated this 3rd day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge