# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Angel Roblero,<br><br>Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>Respondents. | No. CV-25-03038-PHX-KML (DMF)<br><br>**ORDER** |

Based on respondents' supplement establishing petitioner has been removed, this case is moot. *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007) (petition that "challenged only the length of [petitioner's] detention" was moot when petitioner was deported).

**IT IS ORDERED** the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** the petition (Doc. 1) is **DISMISSED AS MOOT**. The Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 6th day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge